**Commonwealth ex rel. Sarisky, Appellant, v. Russell.**

Submitted June 8, 1964. *Joseph Sarisky,* appellant, in propria persona; *Sanford S. Marateck,* Assistant District Attorney, and *H. F. Bonno,* District Attorney, for appellee.

Order affirmed.